# CASEY & BARNETT, LLC
**ATTORNEYS AT LAW**
**305 Broadway, Suite 1202**
**New York, New York 10007**
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH
JAMES P. KRAUZLIS*

\* Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and Oh

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

Writer's email:
ggb@caseybarnett.com

November 19, 2019

**VIA ECF**

Honorable Stewart D. Aaron
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

  *Re: Request for Adjournment of Settlement Conference*
     *Avicola Villalobos, S.A. v. Great White Fleet Liner Services Ltd.*
     *Case No. 19 civ 3026  JPO SDA*
     *Our File No.: 153-86*

Dear Honorable Judge Aaron:

  We represent defendant, Great White Fleet Liner Services Ltd. ("GWF"), in the above captioned matter and write the Court to request a further adjournment to the settlement conference scheduled for 10:00am on November 25, 2019. As the Court will remember, on September 13, 2019, the Court granted an adjournment of the settlement conference because the defendant is attempting to obtain payment from the inland trucker in Guatemala. (Dkt 18). Contribution from the trucker would vastly improve the prospect of settlement between plaintiff and defendant.

  Discussions with the Guatemalan trucker and its insurance company remain ongoing, but progress has been made and defendant is cautiously optimistic that a settlement can be negotiated that will resolve this matter. Accordingly, this is the third and final request for an adjournment of the settlement conference.

  Plaintiff has been kept informed of the discussions with the trucker and has reviewed this letter, has provided its comments and consents to the adjournment request.

The parties are available the week of January 6th should the Court grant the requested adjournment of the conference.

                Respectfully submitted,
                CASEY & BARNETT, LLC

                */s/ Gregory G. Barnett*

                Gregory G. Barnett

GGB:cs

cc:     Justin M. Heilig, Esq., via ECF
        Hill Rivkins
        Attorney for Plaintiff

ENDORSEMENT: Request GRANTED. The settlement conference is adjourned to January 8, 2020 at 10:00 a.m. in Courtroom 11C. SO ORDERED.
Dated: November 19, 2019