UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVICOLA VILLALOBOS, S.A.,
                      Plaintiff,

-v-

GREAT WHITE FLEET LINER
SERVICES LTD.,
                      Defendant.

19-CV-3026 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The parties in this case were directed to file a status letter in this case on or before December 4, 2019. (*See* Dkt. No. 23.) In the letter, the parties were directed to update the Court regarding the status of the case and propose a dispositive motion briefing schedule. (*See id.*) To date, the Court has not received a status letter from the parties.

Accordingly, the parties are directed to file a status letter with the Court on or before January 3, 2020.

      SO ORDERED.

Dated: December 18, 2019
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge