

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2020

R HILL RIVKINS LLP

way, Suite 1500, New York, NY 10006-3793
12 669-0600    Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

JUSTIN M. HEILIG
Direct: (212) 669-0644
jheilig@hillrivkins.com

January 2, 2020

**Via CM/ECF System**

The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, NY 10007-1312

ENDORSEMENT: Request GRANTED. The settlement
conference scheduled for January 8 is hereby
adjourned *sine die*. SO ORDERED.
Dated: 1/2/2020

*Stewart D. Aaron*

       **Re:**   **Request to Adjourn Settlement Conference** *Sine Die*
            *Avicola Villalobos, S.A. v. Great White Fleet Liner Services Ltd.*
            S.D.N.Y. Case No. 19-cv-3026-JPO-SDA
            Our Ref: 34582
       - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dear Magistrate Judge Aaron:

     We represent Plaintiff Avicola Villalobos, S.A. in the above-referenced action.

     We are pleased to report that the parties have reached an agreement in principle to
settle this matter, and will notify Judge Oetken of this development by separate letter.
Accordingly, with the consent of counsel for Defendant Great White Fleet Liner Services
Ltd., we respectfully request that the settlement conference currently scheduled for
Wednesday January 8, 2020 at 10:00 a.m. (Dkt. #25) be adjourned *sine die*.

     We thank the Court for its consideration of the foregoing request and stand ready
to answer any remaining questions that the Court may have with respect to this matter.

                Respectfully submitted,
                HILL RIVKINS LLP

                Justin M. Heilig

NEW JERSEY
102 South Broadway
South Amboy, NJ 08879-1708
Tel: 732 838-0300  Fax: 732 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
55 Waugh Drive, Suite 1200
Houston, Texas 77007
Tel: 713 222-1515  Fax: 713 222-1359
e-mail: thefirm@hillrivkins.com

CALIFORNIA
Hill Rivkins Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: 916 535-0263  Fax: 916 535-0268
e-mail: thefirm@brnlaw.com

Cc:    Gregory G. Barnett, Esq. (via ECF)
        Casey & Barnett LLC, *Attorneys for Defendant*

